UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-40165 |
|  | ) | Chapter 13 |
| COREY JAMES LUKE | ) |  |
| SSN: XXX-XX-2293 | ) |  |
|  | ) | DEBTORS' MOTION TO |
| and | ) | EXTEND TIME TO FILE |
|  | ) | SUMMARY OF ASSETS & |
| ELIZABETH MARIE RICK LUKE | ) | LIABILITIES, SCHEDULES A-J, |
| aka Betsy Marie Rick Luke | ) | STATEMENT OF FINANCIAL |
| fka Elizabeth Marie Rick | ) | AFFAIRS, FORM 122C-1 AND |
| fka Betsy Marie Rick | ) | CHAPTER 13 PLAN |
| SSN: XXX-XX-5762 | ) |  |
| Debtors | ) |  |

  Comes now the Debtors, Corey Luke and Elizabeth Luke, above named, by and through their attorney, Thomas A. Blake, and move the Court to Extend Time to File debtors' Summary of Assets & Liabilities, Schedules A-J, Statement of Financial Affairs, Form 122C-1 and Chapter 13 Plan for a period of 30 days pursuant to local rules Bankr. D.S.D. R. 1007-1(e) and Bankr. D.S.D R. 3015-1B.

  Said request is to allow additional time to obtain accurate information relating to debtors' homestead mortgage and the arrearages owing thereon with Stearns Lending, LLC.  This information is necessary to complete debtors' Schedules and Plan.

Dated:  May 9, 2019

/S/THOMAS A. BLAKE
Thomas A. Blake
Attorney for Debtors
505 West Ninth Street
Suite 202
Sioux Falls, SD  57104
(605)336-1216 - Phone
(605)275-4166 - Fax
bky.tomfiling@midconetwork.com